No. 47, Misc.   BRENNAN v. NEW YORK.   Court of Appeals of New York.   Certiorari denied.

No. 48, Misc.   PRIESTER v. ASHE, WARDEN.   C. A. 3d Cir.   Certiorari denied.

No. 50, Misc.   POWERS v. IOWA.   Supreme Court of Iowa.   Certiorari denied.

No. 51, Misc.   RAVALLI v. JACKSON, WARDEN.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se.   Nathaniel L. Goldstein,* Attorney General of New York, *Wendell P. Brown,* Solicitor General, *Herman N. Harcourt* and *Raymond B. Madden,* Assistant Attorneys General, for respondent.

No. 53, Misc.   KIRSCH v. ILLINOIS.   Criminal Court of Cook County, Illinois.   Certiorari denied.

No. 54, Misc.   ADKINS v. SMYTH, SUPERINTENDENT.   Supreme Court of Appeals of Virginia.   Certiorari denied.   *William Alfred Hall, Jr.* for petitioner.

No. 57, Misc.   MATTHEWS ET AL. v. NORTH CAROLINA.   Supreme Court of North Carolina.   Certiorari denied.   *Robert S. Cahoon* for petitioners.   *Harry McMullan,* Attorney General of North Carolina, and *T. W. Bruton,* Assistant Attorney General, for respondent.

No. 58, Misc.   BAERCHUS v. BURKE, WARDEN.   Supreme Court of Pennsylvania.   Certiorari denied.

No. 63, Misc.   STINCHCOMB v. CALIFORNIA.   Supreme Court of California.   Certiorari denied.